

**PEREZ LAW GROUP, PLLC**

7508 North 59th Avenue
Glendale, Arizona 85301
Telephone: (602) 730-7100
Fax: (623) 235-6173

Jeffrey D. Wolfe (#025836)
jwolfe@perezlawgroup.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CONNIE JO GIBBS, | Case No. 2:24-bk-04746-BKM |
| Debtor. | **MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY** |
| | **Subject Property: 18609 North Lariat Court Surprise, AZ 85387** |

Debtor, Connie Jo Gibbs, by and through undersigned counsel, moves to compel the trustee to abandon the following real property:

**Property Address:** **18609 North Lariat Court. Surprise, AZ 85387 ("Subject Property")**
**Tax Identification No.:** **232-43-351**
**Property Description:** **Lot 17, of Sun City Grand-Patagonia, according to the Plat of record in the Recorder of Maricopa County, Arizona, recorded in the Book 587 of Maps, Page 27**

This Motion to Compel Abandonment is proper because the Subject Property is burdensome and of inconsequential value to the bankruptcy estate. Debtor obtained her interest in the Subject Property by Warranty Deed dated June 28, 2019. A copy of the Warranty Deed is attached as Exhibit A. Debtor filed bankruptcy on June 13, 2024, and as listed on her Schedule A/B, valued her property

at $346,640.00, based on a broker price opinion dated April 1, 2024, a copy of the broker price opinion is attached hereto as Exhibit B.

The Subject Property is Debtor's primary residence and is exempted under A.R.S. §33-1101(A). At the time of filing, the Debtor was entitled to a homestead exemption which provided up to four-hundred thousand-dollar ($414,700.00) of equity on the Subject Property.

| Appraised Value: | $346,640.00 |
| --- | --- |
| Available Equity: | $346,640.00 |
| Exempted Value: | -$414,700.00 |
| Liquidation Value: | (-$68,060.00) |

There is no available equity if the trustee were to attempt a sale of the Subject Property. The property is not an investment or income producing property for the bankruptcy estate.

Thus, the Subject Property is burdensome and of inconsequential value providing no benefit to the bankruptcy estate. Debtor requests that this Court grant her Motion to Compel Abandonment of Real Property be granted.

**RESPECTFULLY SUBMITTED** this 20th day of August, 2024.

**PEREZ LAW GROUP, PLLC**
/s/ Jeffrey D. Wolfe
Jeffrey D. Wolfe, Esq.
Attorney for Debtor

# CERTIFICATE OF MAILING

I, Jeffrey D. Wolfe, certify that on August 20, 2024, I electronically transmitted this document to the Clerk's office using the CM/ECF system for filing and transmittal of the notice of electronic filing to the CV/ECF registrants who have appeared in this case and mailed/*emailed copies of this document to all interested parties set forth herein below.

**SIGNED** this date: August 20, 2024

/s/ Jeffrey D. Wolfe
Jeffrey D. Wolfe, Esq.
Attorney for Debtor

**\*U.S. Trustee:**
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

**\*Trustee:**
Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064
bmullen@bktrustee.phxcoxmail.com

**Additional Interested Parties:**
Creditors listed on the attached Mailing Matrix

/s/ Jeffrey D Wolfe
Jeffrey D Wolfe

PEREZ LAW GROUP, PLLC
7508 North 59th Avenue
Glendale, Arizona 85301