RECORDING REQUESTED BY
Chicago Title Agency, Inc.

AND WHEN RECORDED MAIL TO:

Connie Jo Gibbs

18609 N Lariat Court
Surprise, AZ 85387

RECORDED ELECTRONICALLY
BY CHICAGO TITLE AGENCY

ESCROW NO.: C1906071 - 340 - DL4

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# WARRANTY DEED

For the consideration of Ten Dollars, and other valuable consideration,

**Florence S. Clifford, Trustee of the Florence S Clifford Living Trust Dated July, 11 2008**

("Grantor") conveys to

**Connie Jo Gibbs, An Unmarried Woman**

the following real property situated in Maricopa County, Arizona:

Lot 17, of Sun City Grand-Patagonia, according to the Plat of record in the Recorder of Maricopa County, Arizona, recorded in Book 587 of Maps, Page 27.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

Grantor warrants the title against all persons whomsoever, subject to the matters set forth above.

Escrow No. C1906071-340-DL4
*Warranty Deed...Continued*
Page 2 of 2

Dated: June 28, 2019

**Grantor(s):**

Florence S. Clifford Living Trust

*Florence S. Clifford, Trustee* (signed)
Florence S. Clifford, Trustee

## NOTARY ACKNOWLEDGEMENT(S) TO WARRANTY DEED

State of <u>Arizona</u> } ss:
County of <u>Maricopa</u>

The foregoing document was acknowledged before me this <u>3</u> day of <u>July 2019</u>

by <u>Florence S. Clifford, Trustee of the Florence S Clifford Living Trust Dated July, 11 2008</u>

(Seal)

DANNY HOANG
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
MY COMMISSION EXPIRES
SEPT. 4, 2020

Unofficial Document

Notary Public (signed)

My commission expires: <u>9-4-20</u>

20190509962



## Chicago Title Agency, Inc.

6710 N. Scottsdale Rd, Suite 100 B, Scottsdale, AZ 85253
Phone: (602) 667-1400 • Fax: (480) 483-0250
ChicagoTitleArizona.com

DATE: June 28, 2019

ESCROW NO.: C1906071-340-DL4

## TRUST DECLARATION

### Disclosure of Beneficiaries

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated July 11, 2008 are as follows:

Name: Florence S. Clifford

Address: 30157 N 71st Ave., Peoria AZ 85383

Name: Gavin M. Clifford

Address: 2163 N. Fairview St., Santa Ana, CA 92706

Name: Dana M. Sujishi

Address: 30157 N. 71st Ave., Peoria, AZ 85383

Name:

Address:

Name:

Address:

Name:

Address:

By: _Florence A Clifford_, Trustee               _____
   (Signature of Trustee)                         (Signature of Trustee)

as Trustee (s) of The Florence S. Clifford Living Trust

(This document will be recorded at the Close of Escrow attached to the Deed)