| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:24-bk-04746-BKM<br>District of Arizona<br>Phoenix<br>Tue Aug 20 16:44:44 MST 2024 | AZ DEPARTMENT OF REVENUE<br>BANKRUPTCY & LITIGATION<br>1600 W. MONROE, 7TH FL.<br>PHOENIX, AZ 85007-2650 | Alliant Credit Union<br>Attn: Bankruptcy<br>11545 E Touhy Ave<br>Chicago IL 60666 |
| Arizona Department of Revenue<br>Bankruptcy Unit Field 1011<br>1600 W. Monroe St. 7th Floor<br>Phoenix AZ 85007-2612 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa FL 33634-2413 | Bank of America<br>Attn: Bankruptcy NC4-105-02-77<br>Po Box 26012<br>Greensboro NC 27420-6012 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>125 South West St<br>Wilmington DE 19801-5014 | Capital One<br>AttnL: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chex Systems, Inc.<br>7805 Hudson Road, Suite 100<br>Saint Paul MN 55125-1595 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179-0040 |
| Comenitybank/trwrdsv<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian Credit Bureau<br>PO Box 4500<br>Allen TX 75013-1311 |
| (p)FIRSTMARK SERVICES<br>121 S 13TH STREET STE 201<br>LINCOLN NE 68508-1911 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Kohl's<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee WI 53201-3043 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego CA 92193-9069 | Northstar Location Services LLC<br>4285 Genesee Street<br>Buffalo NY 14225-1943 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)SUNWEST FEDERAL CREDIT UNION<br>ATTN JOSEPH FOLAN<br>11839 N 28TH DR<br>PHOENIX AZ 85029-3313 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Transunion Consumer Solutions<br>PO Box 2000<br>Crum Lynne PA 19022-2000 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | UMB Financial Corporation<br>Attn: Bankruptcy<br>1010 Grand Blvd<br>Kansas City MO 64106-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines IA 50328-0001 |

| Wells Fargo/Dillard<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Fl<br>Des Moines IA 50328-0001 | BRIAN J. MULLEN<br>PO BOX 32247<br>PHOENIX, AZ 85064-2247 | CONNIE JO GIBBS<br>18609 NORTH LARIAT COURT<br>SURPRISE, AZ 85387-7560 |
|---|---|---|

JEFFREY D. WOLFE
Perez Law Group, PLLC
7508 North 59th Avenue
Glendale, AZ 85301-7837

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington DE 19850 | Equifax Credit Information Services, Inc<br>PO Box 740241<br>Atlanta GA 30374 | First Mark Services<br>Attn: Bankruptcy<br>Po Box 82522<br>Lincoln NE 68501 |
|---|---|---|
| Macy's/ DSNB<br>Atytn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls SD 57104 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk VA 23502 | Sunwest Fcu<br>Attn: Bankruptcy Department<br>11839 N. 28th Drive<br>Phoenix AZ 85029 |

**End of Label Matrix**
Mailable recipients   33
Bypassed recipients    0
Total                 33